| | | |
|---|---|---|
| People v Diaz (Joseph) | 1st Dept: 151 AD3d 502 (Bronx) | denied 8/24/17 (Stein, J.) |
| People v DiPalma (Samuel) | 4th Dept: 145 AD3d 1647 (Erie) | denied reconsideration 8/15/17 (Garcia, J.) (Appeal No. 1) |
| People v DiPalma (Samuel) | 4th Dept: 145 AD3d 1647 (Erie) | denied reconsideration 8/15/17 (Garcia, J.) (Appeal No. 2) |
| People v Divine | 2d Dept: 147 AD3d 1082 (Nassau) | denied 8/3/17 (DiFiore, Ch. J.) |
| People v Dodson | 4th Dept: 147 AD3d 1343 (Monroe) | granted 8/7/17 (Wilson, J.) |
| People v Doll (Scott) | App Div, 4th Dept, 2/22/17 (Genesee) | dismissed 8/18/17 (Wilson, J.) |
| People v Doll (Scott) | App Div, 4th Dept, 5/15/17 (Genesee) | dismissed 8/18/17 (Wilson, J.) |
| People v Donerlson | 4th Dept: 149 AD3d 1605 (Monroe) | denied 8/15/17 (Garcia, J.) |
| People v Douglas | 2d Dept: 150 AD3d 1258 (Queens) | denied 8/28/17 (DiFiore, Ch. J.) |
| People v Doyle | 4th Dept: 151 AD3d 1774 (Monroe) | denied 8/15/17 (Garcia, J.) |
| People v Dushain | 1st Dept: 150 AD3d 489 (Bronx) | denied 8/16/17 (Rivera, J.) |
| People v Edwards | 4th Dept: 151 AD3d 1962 (Onondaga) | denied 8/24/17 (Rivera, J.) |
| People v Eickhoff | 3d Dept: 151 AD3d 1120 (Broome) | denied 8/23/17 (Fahey, J.) |
| People v Elioff | 4th Dept: 152 AD3d 1158 (Onondaga) | denied 8/25/17 (Stein, J.) |
| People v Ellis | 1st Dept: 151 AD3d 656 (NY) | denied 8/28/17 (DiFiore, Ch. J.) |
| People v Elting | 2d Dept: 151 AD3d 739 (Dutchess) | denied 8/2/17 (Fahey, J.) |
| People v Falcon | 2d Dept: 143 AD3d 838 (Dutchess) | denied 8/15/17 (Garcia, J.) |
| People v Farez | 1st Dept: 150 AD3d 528 (Bronx) | denied 8/17/17 (Stein, J.) |
| People v Fedrick | 4th Dept: 150 AD3d 1656 (Monroe) | denied 8/3/17 (DiFiore, Ch. J.) |
| People v Feliciano | 1st Dept: 150 AD3d 579 (NY) | denied 8/15/17 (Garcia, J.) |
| People v Figueroa | App Term, 1st Dept: 55 Misc 3d 108 (Bronx) | denied 8/16/17 (Rivera, J.) |
| People v Flores (Regner) | 2d Dept: 151 AD3d 740 (Queens) | denied 8/31/17 (Fahey, J.) |
| People v Floyd | 1st Dept: 151 AD3d 479 (NY) | denied 8/16/17 (Stein, J.) |